IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ROBERTO AUGUSTINE FELIX

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERTO AUGUSTINE FELIX, | Case No.: CV 11-10353 JCG |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | HON. JAY C. GANDHI UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND DOLLARS ($3,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 7, 2012

_____
HON. JAY C. GANDHI
U.S. MAGISTRATE JUDGE